```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0084--CR (RRB)
                             "USA V JAY ROBERT DARLING"
                           DEF 1.1 DARLING, JAY ROBERT

       In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/19/02
             Closed: 04/11/03
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
   Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Audrey J. Renschen
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 DARLING, JAY ROBERT

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:1343 WIRE FRAUD (F) | Dismissed (54-1) |
| 1 -   1 IND | 2 | 18:1343 WIRE FRAUD (F) | Dismissed (54-1) |
| 1 -   1 IND | 3 | 18:1343 WIRE FRAUD (F) | Dismissed (54-1) |
| 1 -   1 IND | 4 | 18:1343 WIRE FRAUD (F) | Dismissed (54-1) |
| 1 -   1 IND | 5 | 18:1341 MAIL FRAUD (F) | Sentenced (54-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE A02-0084--CR (RRB)
                         "USA V JAY ROBERT DARLING"

                  In public format, for all filing dates
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
          Filed: 09/19/02
         Closed: 04/11/03
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 09/19/02 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 09/19/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 09/19/02 | [Re: DEF 1] JDR Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 09/26/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/25/02 in Portland, OR. |
| 3 - 1 | 09/26/02 | [Re: DEF 1] Return of WOA executed on 9/25/02 at Portland, OR. |
| 4 - 1 | 10/04/02 | [Re: DEF 1] Documents transferred from District of OR w/att certified cy of docket sheet, commitment to another district order, waiver of removal, & court minutes. |
| NOTE - 3 | 10/18/02 | [Re: DEF 1] USM Notice of Arrest; defendant in district 10/18/02. |
| NOTE - 4 | 10/21/02 | Issued: Proposed Trial Date Setting for arr to RRB CMC. |
| 5 - 1 | 10/21/02 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 10/21/02 | [Re: DEF 1] PMP Order regarding preparation for trial; ptms due 11/11/02.  cc: USA, FPD |
| 7 - 1 | 10/21/02 | [Re: DEF 1] PMP Order of Detention Pending Hearing; det hrg set 10:00 a.m., 10/24/02.  cc: USA, FPD, USM, PO |
| 8 - 1 | 10/21/02 | [Re: DEF 1] PMP Court Minutes [ECR: Elisa Singleton] of arr on Indt (held 10/21/02); FPD appointed; def plead not guilty; det hrg set 10/24/02 at 10:00 a.m. |
| NOTE - 5 | 10/23/02 | Issued: Notice of Speedy Trial Act ddlns to RRB CMC. |
| 9 - 1 | 10/23/02 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/9/02 at 9:00 a.m. and FPTC for 12/2/02 at 10:00 a.m..  cc: A. Renschen, S. Tatter, USM, USPO, MJ Roberts, JC |
| 10 - 1 | 10/25/02 | [Re: DEF 1] PMP Order of Detention Pending Trial.  cc: USA, FPD, USM, PO |
| 11 - 1 | 10/25/02 | [Re: DEF 1] PMP Court Minutes [ECR: Caroline Edmiston] of det hrg; def detained w/att wit/exh list. |
| 12 - 1 | 11/01/02 | {SEALED} |
| 13 - 1 | 11/04/02 | {SEALED} |
| 14 - 1 | 11/05/02 | [Re: DEF 1] Transcript re: Detention Hrg held 10/24/02. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0084--CR (RRB)
                              "USA V JAY ROBERT DARLING"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/06/02 | DEF 1 Unopposed motion on shortened time to continue pretrial motions deadline. |
| 15 - 2 | 11/06/02 | DEF 1 Unopposed motion on shortened time to continue trial. |
| 16 - 1 | 11/07/02 | [Re: DEF 1] RRB Minute Order re: def's unopposed motion on shortened time to continue trial is set for 11/8/02 at 10:00 a.m.  cc: USA, FPD, USM, USPO, MJ Roberts |
| 17 - 1 | 11/07/02 | [Re: DEF 1] RRB Minute Order re: due to the unavailability of defense counsel, the time for the hearing re: the trial date set for 11/8/02 is changed from 10:00 a.m. to 3:00 p.m.  cc: A. Renschen, FPD, USM, USPO, MJ Roberts |
| 18 - 1 | 11/08/02 | DEF 1 Unopposed motion to continue PTM's deadline to 11/22/02. |
| 19 - 1 | 11/12/02 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] hrg re: def's unopposed motion on shortened time to contiue trial held 11/8/02. Court granted motion Unopposed motion on shortened time to continue trial (15-2).  Trial set 12/9/02 is vacated and reset for 3/3/03 at 8:30 a.m. w/jury selection at 9:00 a.m.  This case shall trail USA v Van Houten A02-0065 CR. FPTC is set fo 2/5/03 at 9:00 a.m. and is extimated to last 2 hours. Trial is estimated to last two weeks.  Court found excludable delay under 3161(h)(8)(B)(ii).  Def's motion to extend the pretrial deadlines referred to MJ Roberts.  cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 20 - 1 | 11/12/02 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to continue pretrial motions deadline (15-1), unopposed motion to continue PTM's deadline to 11/22/02 (18-1). cc: USA, FPD |
| 21 - 1 | 11/22/02 | [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference. |
| 22 - 1 | 11/22/02 | DEF 1 motion to dismiss for pre-indictment delay w/att memo & exh. |
| 23 - 1 | 11/22/02 | DEF 1 motion to dismiss Indt for violation of the statute of limitations w/att memo. |
| 24 - 1 | 11/22/02 | DEF 1 motion to recuse MJ Roberts from pretrial motions w/att aff. |
| 25 - 1 | 11/22/02 | DEF 1 motion to dismiss for duplicity or for a baill of particulars or disclosure of the grand jury transcript w/att memo. |
| 26 - 1 | 11/22/02 | DEF 1 motion to strike prejudicial surplusage from indictment w/att memo & exhs. |
| 27 - 1 | 11/25/02 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to ext response time on PTM's. |
| 28 - 1 | 11/25/02 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to ext response time on PTM's (27-1); Govt's oppos to motions due 12/13/02. cc: USA, FPD |
| 29 - 1 | 12/10/02 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time for add response time on PTM's. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0084--CR (RRB)
                          "USA V JAY ROBERT DARLING"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 12/11/02 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time for add response time on PTM's (29-1); govt's responses to motions due 12/23/02. cc: USA, FPD |
| 31 - 1 | 12/13/02 | {SEALED} |
| 32 - 1 | 12/16/02 | {SEALED} |
| 33 - 1 | 12/20/02 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time (to 1/6/03) to respond to PTM's. |
| 34 - 1 | 12/20/02 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time (to 1/6/03) to respond to PTM's (33-1). cc: USA, FPD |
| 35 - 1 | 12/20/02 | [Re: DEF 1] PLF 1 Affidavit re: [Re: DEF 1] PLF 1 Unopposed motion on shortened time (to 1/6/03) to respond to PTM's. (33-1). |
| 36 - 1 | 01/02/03 | [Re: DEF 1] PLF 1 (3rd) Unopposed motion on shortened time for additional (to 1/13) on PTM's w/att aff. |
| 37 - 1 | 01/03/03 | [Re: DEF 1] JDR Order granting motion (3rd) Unopposed motion on shortened time for additional (to 1/13) on PTM's (36-1); def's reply due 10 days after govt's oppos. cc: USA, FPD |
| 38 - 1 | 01/09/03 | DEF 1 motion to dismiss count III w/att aff & exh. |
| 39 - 1 | 01/10/03 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to ext response time (to 1/15) to Pretrial Motions to conclude settlement negotiations w/att aff. |
| 40 - 1 | 01/13/03 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to ext response time (to 1/15) to PTM's to conclude potentional settlement negotiations (39-1). cc: USA, FPD |
| 41 - 1 | 01/13/03 | DEF 1 motion to use jury questionnaire w/att exhs. |
| 42 - 1 | 01/15/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 43 - 1 | 01/15/03 | DEF 1 Notice of Intent to change plea. |
| 44 - 1 | 01/16/03 | [Re: DEF 1] RRB Minute Order re: change of plea hearing will be held 1/24/03 at 10:00 a.m.  cc: A. Renschen, S. Tatter, USM, USPO |
| 45 - 1 | 01/16/03 | [Re: DEF 1] JDR Order denying motion to recuse MJ Roberts from pretrial motions (24-1). cc: USA, FPD |
| 46 - 1 | 01/16/03 | {SEALED} |
| 47 - 1 | 01/24/03 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] proposed change of plea held 1/24/03.  Oral motion to substitute new pages 5, 6, & 12 of the plea agreement granted.  Def changed plea to count 5 of the Indictment, counts 1, 2, 3, & 4 to be dismissed at the IOS.  Court accepted plea.  Def referred to USPO for presentence report.  IOS set for 4/10/03 at 1:30 p.m.  Def detained pending IOS.  FPTC set 2/5/03 & TBJ set 3/3/03 are vacated. All pending motions are moot; terminating in light of this order: motion to dismiss for pre-indictment delay (22-1), motion to dismiss Indt for violation of the statute of limitations |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0084--CR (RRB)
                              "USA V JAY ROBERT DARLING"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | (23-1), motion to dismiss for duplicity or for a bill of particulars or disclosure (25-1), motion to strike prejudicial surplusage from indictment (26-1), motion to dismiss count III (38-1), motion to use jury questionnaire (41-1).  cc: A. Renschen, S. Tatter, USM, USPO, MJ Roberts, JC |
| 48 - 1 | 01/30/03 | {SEALED} |
| 49 - 1 | 02/10/03 | {SEALED} |
| 50 - 1 | 04/03/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 51 - 1 | 04/03/03 | DEF 1 Sentencing Memorandum w/att exhs w/exh C filed UNDERSEAL. |
| 52 - 1 | 04/10/03 | DEF 1 Supplement re: Exhibit to the sentencting memo of the defense w/att exh. |
| 53 - 1 | 04/11/03 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] IOS held 4/10/03.  Imprisonment for 40 months w/special conditions.  SR 3 years w/special conditions.  SA $100.00 due immediately.  Def remanded to the custody of the USM.  Counts 1, 2, 3 & 4 of the indictment are dismissed.  Court accepted plea agreement.  Def advised of appeal rights. |
| 54 - 1 | 04/11/03 | [Re: DEF 1] RRB Judgment def plead quilty to count 5 of the Indictment.  Counts 1,2,3,4 of the Indictment are dismissed on the motion of the US.  Imprisonment for a term of 40 months w/recommendations.  Def remanded to the custody of the USM.  SR 3 years w/special conditions.  SA $100.00.  cc: A. Renschen, S. Tatter, USM, USPO, MJ Roberts, Def w/ cnsl cy, FLU |
| 55 - 1 | 06/10/03 | [Re: DEF 1] Partial Transcript re: IOS held 4/10/03. |