TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

**FILED**

SEP 1 9 2002

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A02-0084 CR |
| Plaintiff, ) | COUNTS 1-4: |
| ) | **Wire Fraud** |
| vs. ) | Vio. 18 U.S.C. § 1343 |
| ) | |
| JAY ROBERT DARLING, ) | COUNT 5: |
| ) | **Mail Fraud** |
| Defendants. ) | Vio. 18 U.S.C. § 1341 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

1. Beginning at a time unknown to the grand jury, but at least by May 1992, and

Exhibit A - Page 1 of 10

continuing thereafter until on or about April of 1999, the defendant JAY DARLING, devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, promises and representations.

### The Object of the Scheme

2.  The object of the scheme was to obtain large amounts of term life insurance coverage and to fraudulently collect life insurance benefits.

### Manner and Means

3.  It was part of the scheme that Jay Darling would use or attempt to use other individuals to assist in fraudulently collecting life insurance benefits.

4.  Sometime between May 1992, and the summer of 1997, Jay Darling told a girlfriend that he had a plan to obtain life insurance policies that would pay in the event of his death; that he then planned to fake his death in a kayaking accident, so he could have his wife collect large amounts of life insurance money.

A.  The Marriage

5.  Jay Darling married Wanda Wood on April 2, 1997 in Memphis, Tennessee. Jay Darling admitted to a friend that the reason he married her was to carry out his plan to collect life insurance benefits after he faked his death. Jay Darling described his relationship with Wanda Darling as a friendship, not a romantic or sexual relationship.

2

B. <u>The Insurance Applications</u>

6. On April 9, 1997, Jay Darling and Wanda Darling applied through State Farm Insurance for term life insurance, seeking $3 million coverage for Jay Darling, and $500,000 coverage for Wanda Darling. Jay Darling also requested accidental death coverage with a double indemnity clause, a provision that would pay a beneficiary twice the insurance benefits in the event of an accidental death.

7. On April 17, 1997, the beneficiary on Wanda Darling's pre-existing $60,000 life insurance policy was changed. Wanda Darling's father was removed, and Jay Darling became the beneficiary of the life insurance policy.

8. It was part of the scheme that Jay Darling would apply for term life insurance, and falsely inflate reported income amounts, so that he could obtain large amounts of insurance benefits.

9. After Jay Darling applied for the $3 million life insurance with State Farm on April 9, 1997, State Farm required him to complete a Confidential Financial Questionnaire, because of the requested insurance amount. In that questionnaire, on May 7, 1997, Jay Darling reported annual income of $130,000. However, his employment at that time was with Sta-Home Health Agency as a physical therapist in Greenwood, Mississippi, a job which paid him $5,355.46 per month, or a total of $64,265.52 annually, if he worked a full year.

10. In July, 1997, State Farm accepted the Darlings' April 9, 1997 term life

insurance application, but for lesser coverage amounts than the $3 million Jay Darling requested. Instead, State Farm authorized a policy which covered Jay Darling for $500,000, and covered Wanda Darling for an additional $500,000 coverage.

11. After obtaining the State Farm policy, Jay Darling applied for term life insurance through another insurance company, Allstate, which wrote a policy under Lincoln Benefit Life.

12. In his July 8, 1997 application for the Lincoln Benefit Life term insurance, Jay Darling reported a $90,000 annual salary, when in fact, he was unemployed. His most recent job ended on June 5, 1997, and had paid him $5,355.46 per month, or a total of $64,265.52 annually, if he had worked a full year. Wanda Darling reported her income as $46,000, when in fact, she made approximately $24,000 annually. Together, the Darlings reported their joint income as $136,000, when applying for Lincoln Benefit Life insurance. Yet at that time, they were actually relying solely on Wanda Darling's $24,000 annual salary.

13. Lincoln Benefit Life then issued individual policies of $500,000 each, one for Jay Darling and one for Wanda Darling.

C. The Capsizing of the Sea Kayak in Alaska

14. In May 1997, Jay Darling traveled to Alaska for a visit. Wanda Darling did not accompany him on the trip. Jay Darling and an Anchorage friend rented kayaks and traveled to Homer, Alaska, then across Kachemak Bay, to kayak near Jackalof Bay.

15. On July 10, 1997, Alaska Mountaineering and Hiking (AMH) received a $300 down payment to place a double kayak and a single paddle on layaway for Wanda and Jay Darling.

16. In mid-August, 1997, Jay Darling and Wanda Darling moved to Anchorage, Alaska, driving from Grenada, Mississippi. After their arrival on August 20 or 21, 1997, Jay Darling purchased a double kayak and a single paddle from Alaska Mountaineering and Hiking. On August 21, 1997 Jay Darling also called Thomas White at the Allstate Insurance Company in Grenada, Mississippi, asking whether the Darlings' life insurance policies were in effect. On August 22, 1997, Jay Darling and Wanda Darling drove to Homer, Alaska with the kayak. The next day, August 23, 1997, they took the double kayak on a water taxi across Kachemak Bay to Jackalof Bay. Jay Darling was wearing a wetsuit. Wanda Darling, who weighed approximately 250 pounds, was dressed in sweat pants and a fleece jacket. Despite waves of two feet or more, and warnings to stay close to shore, Jay Darling paddled them into unprotected waters with his single paddle. They capsized, and both fell out of the kayak. Jay Darling was able to reenter the kayak. Wanda Darling was unable to reenter the kayak, and spent between 30 and 90 minutes in the water, holding on to a line from the kayak, while Jay Darling paddled. After the Darlings made it to shore, Wanda Darling set off a flare, and attracted the attention of people on a fishing boat, who assisted the Darlings in gaining safe passage back to Homer.

### D. Wanda Darling's Death

17. The next day, August 24, 1997, Jay Darling drove out of Homer with Wanda Darling, headed back to Anchorage. Jay Darling turned off the Sterling Highway at Bluff Road. At the time there were several other possible turnoff areas before the Bluff Road turnoff, including one that had recently been reconstructed and made available for tourists. Bluff Road is a single lane dirt and gravel road leading to a bluff approximately 1,000 feet above Cook Inlet and Kachemak Bay. Signs were posted on Bluff Road warning "Private Road Keep Out" and "Road Closed". Jay Darling acknowledged seeing the "Road Closed" sign, but nonetheless drove on, saying that they wanted to take some pictures. After parking his Suburban, Jay said they walked up a grassy pathway, approximately 440 feet to the secluded cliff edge.

18. Wanda Darling was extremely frightened of heights and falling.

19. At approximately 12:30 pm on August 24, 1997, Jay Darling sought out people who lived on Bluff Road, and reported that his wife had fallen off the cliff. Wanda Darling was found dead later, at the base of the cliff.

20. It was part of the scheme that after Wanda Darling's death, Jay Darling would falsely claim the death was accidental.

21. On August 25, 1997, the day after Wanda Darling's death, Jay Darling telephoned Thomas White at the Allstate Insurance Company in Grenada, Mississippi, asking about the availability of Darlings' life insurance policies, and giving White a new

address of 2303 D Street Apt 6, Anchorage, Alaska 99503, so White could mail the policies overnight to Alaska. Jay Darling did not mention that his wife had died the day before.

22. On September 2, 1997, Jay Darling telephoned to Thomas White at the Allstate Insurance Company in Grenada, Mississippi, saying that he needed to report a claim on his wife Wanda Darling. Jay Darling said she had fallen off the side of a mountain picking flowers, while Jay Darling was taking pictures of her.

## COUNT 1: WIRE FRAUD

23. Paragraphs 1-22 are realleged and incorporated herein.

24. On or about August 21, 1997, in the District of Alaska and elsewhere, the defendant, JAY ROBERT DARLING, for the purpose of executing and attempting to execute the above described scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce by means of a wire communication certain signals and sounds, that is, a telephone call made by Jay Darling, from Alaska, to Thomas White at the Allstate Insurance Company in Grenada, Mississippi, asking whether the Darlings' life insurance policy was in effect.

All of which is in violation of and contrary to Title 18, United States Code, Section 1343.

## COUNT 2: WIRE FRAUD

25. Paragraphs 1-22 are realleged and incorporated herein.

26. On or about August 25, 1997, in the District of Alaska and elsewhere, the defendant, JAY ROBERT DARLING, for the purpose of executing and attempting to execute the above described scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce by means of a wire communication certain signals and sounds, that is, a telephone call made by Jay Darling, from Alaska, to Thomas White at the Allstate Insurance Company in Grenada, Mississippi, asking about the availability of Darlings' life insurance policies, and giving White a new address to mail the policies overnight to 2303 D Street Apt 6, Anchorage, Alaska 99503.

All of which is in violation of and contrary to Title 18, United States Code, Section 1343.

## COUNT 3: WIRE FRAUD

27. Paragraphs 1-22 are realleged and incorporated herein.

28. On or about September 2, 1997, in the District of Alaska and elsewhere, the defendant, JAY ROBERT DARLING, for the purpose of executing and attempting to execute the above described scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce by means of a wire communication certain signals and sounds, that is, a telephone call made by Jay Darling, from Alaska, to Thomas White at

the Allstate Insurance Company in Grenada, Mississippi, saying that he needed to report a claim on his wife Wanda Darling.

All of which is in violation of and contrary to Title 18, United States Code, Section 1343.

## COUNT 4: WIRE FRAUD

29. Paragraphs 1-22 are realleged and incorporated herein.

30. On or about September 10, 1997, in the District of Alaska and elsewhere, the defendant, JAY ROBERT DARLING, for the purpose of executing and attempting to execute the above described scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce by means of a wire communication certain signals and sounds, that is, a facsimile from Alaska, to the State Farm Insurance regional office in Bloomington, Illinois, of Jay Darling's signed claimant's statement, request for taxpayer identification number and certification, and Wanda Darling's death certificate.

All of which is in violation of and contrary to Title 18, United States Code, Section 1343.

## COUNT 5: MAIL FRAUD

31. Paragraphs 1-22 are realleged and incorporated herein.

32. On or after September 19, 1997, in the District of Alaska, the defendant,

JAY ROBERT DARLING, for the purpose of executing and attempting to execute the above described scheme and artifice, did knowingly cause to be delivered by mail to Lincoln Benefit Life, Robert D. Tisdale, Lincoln Benefit Life Centre, Lincoln NE 08501-0469, according to the direction thereon, a claim form for insurance benefits, and a certified copy of the death certificate for Wanda Fay Wood Darling.

All of which is in violation of and contrary to Title 18, United States Code, Section 1341.

A TRUE BILL.

*Gail C Kozlowski*
GRAND JURY FOREPERSON

*Audrey Renschen*
AUDREY J. RENSCHEN
Assistant U.S. Attorney

*Timothy Burgess*
TIMOTHY M. BURGESS
United States Attorney

DATED: 9/18/02