# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JAY ROBERT DARLING

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                           CASE NO.  3:02-cr-00084-RRB-JDR

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 14, 2006

---

The above-referenced case is referred to Magistrate Judge JOHN D. ROBERTS for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| __ | (1) | Administrative Inspection warrants; |
| __ | (2) | Matters relating to nonpayment of seaman's wages; |
| __ | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| XX | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __ | (5) | Preferred ship mortgage foreclosures; |
| __ | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __ | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06