Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>JAY ROBERT DARLING,<br><br>               Defendant. | Case No. 3:02-cr-0084-RRB<br><br>**MOTION TO<br>VOLUNTARILY DISMISS<br>PETITION WITHOUT PREJUDICE** |

        Defendant, JAY ROBERT DARLING, through counsel, moves this court to dismiss his petition for a writ of habeas corpus under 28 U.S.C. § 2255.  His action is voluntary and he seeks dismissal without prejudice.

        DATED this 6th day of July, 2006.

                Respectfully submitted,

                s/Sue Ellen Tatter
                Assistant Federal Defender
                550 West 7th Avenue, Suite 1600
                Anchorage, AK 99501
                Phone:     907-646-3400
                Fax:        907-646-3480
                E-Mail:     sue_ellen_tatter@fd.org

Certification:

I certify that on July 6, 2006, a copy of
the foregoing was served electronically on:

Crandon Randell, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter