UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAY ROBERT DARLING,<br><br>                Defendant. | Case No. 3:02-cr-0084-RRB<br><br>**ORDER DISMISSING PETITION** |

After due consideration of defendant's Motion to Voluntarily Dismiss Petition, the motion is GRANTED. The petition filed in this action is dismissed, without prejudice.

DATED this ____ day of _____ 2006.


_____
John D. Roberts
United States Magistrate Judge