UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAY ROBERT DARLING,<br><br>                Defendant. | Case No. 3:02-cr-00084-RRB<br><br>**RECOMMMENDATION REGARDING MOTION TO DISMISS PETITION**<br>(Docket No. 60) |

       After due consideration of defendant's Motion to Voluntarily Dismiss Petition, without prejudice, the court recommends that said motion be GRANTED. Accordingly, this matter will be forwarded to the assigned district judge for his determination.

       DATED this 6th day of July 2006.

                                     /s/ John D. Roberts
                                     JOHN D. ROBERTS
                                     United States Magistrate Judge