PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jay Robert Darling                 Case Number: A02-0084 CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   April 10, 2003

Original Offense:   Mail Fraud

Original Sentence:   40 months imprisonment, three years supervised release

Date Supervision Commenced: May 24, 2006 (District of Oregon)

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"As directed by the probation officer, the defendant shall participate and complete the Theft Talk Counseling Services Program at the defendant's expense."

### CAUSE

On April 10, 2003, the defendant appeared before the Honorable Ralph R. Beistline and was sentenced to 40 months imprisonment and three years supervised release for the crime of Mail Fraud. On May 24, 2006, the defendant commenced supervision in the District of Oregon. On December 1, 2006, the defendant was stopped by police in Tigard, Oregon, while attempting to shoplift a "weather station" and a car battery from the local Fred Meyer store. He was issued a citation for Theft II, a State of Oregon Class A misdemeanor. The defendant admitted committing the offense to his probation officer and said that he "was in a meltdown" and admitted to having "sticky fingers in the past." As a sanction, the probation officer proposed the offender participate in and complete the Theft Talk Counseling Services Program. The offender agreed by signing the attached Waiver of Hearing to Modify Conditions and it is respectfully recommended that the Court order the above condition.

*Request for Modification of Conditions or Term*
*Name of Offender        :    Jay Robert Darling*
*Case Number             :    A02-0084-01 CR (RRB)*

Respectfully submitted

**REDACTED SIGNATURE**

Eric Odegard
U.S. Probation/Pretrial Services Officer
Date: February 2, 2007

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  **The Modification of Conditions as Noted Above**
[ ]  Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 2/7/07

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

WAIVER OF HEARING TO MODIFY CONDITIONS
OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**As directed by the probation officer, the defendant shall participate complete the Theft Talk Counseling Services Program at the defendant's expense.**

REDACTED SIGNATURE
Ed Glover
Senior U.S. Probation Officer

Signed: _____ Jay Darling
Probationer or Supervised Releasee

Date: January 9, 2007

Waiver of Hearing - Modify Cond (Prob 49-OR) (10-19-05)