| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | A02-0084-01 CR (RRB) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 07 cr 77-MO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jay Robert Darling<br>District of Oregon | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Ralph R. Beistline, U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 24 / TO May 23 |

OFFENSE

Mail Fraud, 18 U.S.C. § 1341

RECEIVED MAR - 6 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF OREGON upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 19, 2007
Date

REDACTED SIGNATURE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-28-07
Effective Date

REDACTED SIGNATURE
United States District Judge

REDACTED SIGNATURE

